976 A.2d 1092

IN THE MATTER OF ARNOLD M. ABRAMOWITZ,
AN ATTORNEY AT LAW.

August 27, 2009.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **ARNOLD M. ABRAMOWITZ,** of **IRVING-TON,** who was admitted to the bar of this State in 1976, and who was suspended from the practice of law for a period of three months, effective March 13, 2009, by Order of this Court filed February 13, 2009, be restored to the practice of law, effective immediately.